```
                    IN THE UNITED STATES DISTRICT COURT
                  FOR THE EASTERN DISTRICT OF PENNSYLVANIA


NATASHA C., a minor,               :    CIVIL ACTION
individually, and by her           :
father, GERALD C.,                 :
individually                       :
                                   :
     vs.                           :
                                   :
VISIONQUEST, LTD.,                 :
VISIONQUEST NATIONAL, LTD,         :
VISIONQUEST LODGEMAKERS, INC.,     :
VISIONQUEST NONPROFIT              :
CORPORATION, and                   :
DARRELL STEACH, an individual      :
and in his official capacity       :    NO.  03-1903
of an employee of VisionQuest
```

<u>RULE 68 OFFER OF JUDGMENT</u>

TO:   Plaintiffs:
      Natasha C., a minor, individually and by her father,
      Gerald C. and Gerald C., individually

          and

TO:   Samuel H. Clark, Esquire
      HOLSINGER, CLARK & ARMSTRONG, P.C.
      832 Philadelphia Street
      Indiana, PA 15701
          and
      Kelly B. Stapleton, Esquire
      STAPLETON & STAPLETON
      832 Philadelphia Street
      Indiana, PA 15701

      Attorneys for Plaintiff


Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants hereby offer to allow judgment to be taken against them by Plaintiffs, on all counts of the Complaint, in the lump sum of $50,000.00 (Fifty Thousand Dollars) which includes all

costs and fees.  Plaintiffs shall not recover any attorneys' fees or costs separate from this offer.  This offer of a money judgment is a settlement offer of this action only and said judgment herein to have no effect whatsoever except in settlement of this case.

This offer is made pursuant to the provisions of Rule 68 of the Federal Rules of Civil Procedure and will be deemed withdrawn unless you serve a written notice of acceptance of the offer within 10 days of the date that it was served on you.

Dated: October 8, 2003

                                  MARGOLIS EDELSTEIN

                                  By: _____
                                       Jonathan D. Herbst
                                       Attorneys for Defendants
                                       Attorney I.D. No. 09415
                                       The Curtis Center, 4th Floor
                                       Independence Square West
                                       Philadelphia, PA 19106
                                       (215) 922-1100

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the within Offer of Judgment was served upon the following parties by facsimile, regular mail and certified mail, return receipt requested, on October 8, 2003:

> Samuel H. Clark, Esquire
> HOLSINGER, CLARK & ARMSTRONG, P.C.
> 832 Philadelphia Street
> Indiana, PA 15701
>
> Kelly B. Stapleton, Esquire
> STAPLETON & STAPLETON
> 832 Philadelphia Street
> Indiana, PA 15701

MARGOLIS EDELSTEIN

By: _____
    Jonathan D. Herbst
    Attorneys for Defendant

ARLENE:

FAX, REGULAR MAIL, CERTIFIED MAIL RETURN RECEIPT
THIS OFFER GETS FILED OF RECORD WITH A DISK AS REQUIRED BY THE FEDERAL COURT.