IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATASHA C., a minor, individually, and by her father, GERALD C., individually | : : : : : | CIVIL ACTION |
| vs. | : : | |
| VISIONQUEST, LTD., VISIONQUEST NATIONAL, LTD, VISIONQUEST LODGEMAKERS, INC., VISIONQUEST NONPROFIT CORPORATION, and DARRELL STEACH, an individual and in his official capacity of an employee of VisionQuest | : : : : : : : | NO. 03-1903 |

**RULE 68 OFFER OF JUDGMENT**

TO:   Plaintiffs: Natasha C. and Gerald C.

      and

TO:   Samuel H. Clark, Esquire
      HOLSINGER, CLARK & ARMSTRONG, P.C.
      832 Philadelphia Street
      Indiana, PA 15701
         and
      Kelly B. Stapleton, Esquire
      STAPLETON & STAPLETON
      832 Philadelphia Street
      Indiana, PA 15701

      Attorneys for Plaintiff

    Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants, Visionquest, Ltd.,Visionquest National, Ltd, Visionquest Lodgemakers, Inc., and Visionquest Nonprofit Corporation, hereby offer to allow judgment to be taken against

them by Plaintiffs, Natasha C. and Gerald C., on all counts of the Complaint, in the lump sum of $25,000.00 (Twenty-Five Thousand Dollars).  This offer of a money judgment is a settlement offer of this action only and said judgment herein to have no effect whatsoever except in settlement of this case.

This offer is made pursuant to the provisions of Rule 68 of the Federal Rules of Civil Procedure and will be deemed withdrawn unless you serve a written notice of acceptance of the offer within 10 days of the date that it was served on you.

Dated: April 1, 2004

          MARGOLIS EDELSTEIN


         By: __JH1077_____
           Jonathan D. Herbst
           Attorneys for Defendants,
           VISIONQUEST, LTD.,
           VISIONQUEST NATIONAL, LTD,
           VISIONQUEST LODGEMAKERS,
           INC., VISIONQUEST NONPROFIT
           CORPORATION,
           Attorney I.D. No. 09415
           The Curtis Center, 4th Floor
           Independence Square West
           Philadelphia, PA 19106
           (215) 922-1100

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within Offer of Judgment was served upon the following parties by facsimile, regular mail and certified mail, return receipt requested, on April 1, 2004:

>Samuel H. Clark, Esquire
>HOLSINGER, CLARK & ARMSTRONG, P.C.
>832 Philadelphia Street
>Indiana, PA 15701
>
>Kelly B. Stapleton, Esquire
>STAPLETON & STAPLETON
>832 Philadelphia Street
>Indiana, PA 15701

```
                              MARGOLIS EDELSTEIN

                    By:  _____JH1077_____
                         Jonathan D. Herbst
                         Attorneys for Defendants,
                         VISIONQUEST, LTD.,
                         VISIONQUEST NATIONAL, LTD,
                         VISIONQUEST LODGEMAKERS
                         INC., VISIONQUEST NONPROFIT
                         CORPORATION,
                         Attorney I.D. No. 09415
                         The Curtis Center, 4th Floor
                         Independence Square West
                         Philadelphia, PA 19106
                         (215) 922-1100
```