| | | |
|---|---|---|
| NATASHA C., a minor, individually, | : | IN THE UNITED STATES DISTRICT COURT |
| and by her father, GERALD C., and | : | FOR THE EASTERN DISTRICT OF |
| GERALD C., individually | : | PENNSYLVANIA |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | No. 03-1903 |
| VISIONQUEST, LTD., VISIONQUEST | : | |
| NATIONAL, LTD., VISIONQUEST | : | |
| LODGEMAKERS, INC., | : | |
| VISIONQUEST NONPROFIT | : | |
| CORPORATION, and DARRELL | : | |
| STEACH, an individual and in his official | : | JURY TRIAL DEMANDED |
| capacity as an employee of VisionQuest. | : | |
| | : | |
| Defendants. | : | |

PLAINTIFFS' SUPPLEMENTAL PRETRIAL MEMORANDUM

**PLAINTIFF'S TRIAL EXHIBITS:**

P1.   Indiana County Court of Common Pleas Order dated September 25, 2000.

P2.   Purchase of Service Agreement between Indiana County Children & Youth Services and VisionQuest

P3.   VisionQuest employee records for Darrel Steach

P4.   VisionQuest employee records for Robbie Wilson

P5-A through P5-TT   VisionQuest Nightwatch Logs

P6   VisionQuest Polices and Procedures

    P6-A.  VisionQuest Administrative Policies and Procedures Manual
    P6-B.  VisionQuest Human Resources Policies and Procedures Manual
    P6-C.  VisionQuest Residential Facilities Policies and Procedures
    P6-D.  VisionQuest Quality of Care Manual

P7.   VisionQuest Nightwatch Policy

P8.   VisionQuest Mission Statement

P9.  VisionQuest Employee Handbook

P10. VisionQuest Investigation Files for Prior Incidents of Sexual Assault

    P10-A.  Records relating to Former Employee Robbie Wilson
    P10-B.  Records relating to Former Employee David Chandler
    P10-C.  Records relating to Former Employee Darian Gray
    P10-D.  Records relating to Former Employee Eric Robertson
    P10-E.  Records relating to Former Employee Kedrick Miles

P11. Summaries of Sexual Assault incidents (prepared by VisionQuest)

P12. Pennsylvania State Police Report, Incident No. H3-1194229

P13. Guilty Plea Colloquy of Darrel Steach

P14. Pennsylvania Dept. of Public Welfare Regulations – 55 Pa. Code §§3800.01, et seq.

P15. VisionQuest Admission Documents for Natasha C.

P16. VisionQuest Centering Plan for Natasha C.

P17. VisionQuest Progress Reviews for Natasha C.

    P17-A.  Progress review dated November 2000
    P17-B.  Progress review dated December 2000
    P17-C.  Progress review dated February 2001
    P17-D.  Progress review dated March 2001
    P17-E.  Centering Progress Review dated May 2001
    P17-F.  Discharge Assessment

P18. VisionQuest Psychological evaluations and reports concerning Natasha C.

P19. VisionQuest Psychiatric evaluations and reports concerning Natasha C.

P20. Report and Curriculum Vitae of Dr. Della Grossman

P21. Report and Curriculum Vitae of Michael Nunno, DSW

P22. Plaintiffs' Request for Admissions directed to Defendant Darrel Steach

P23. VisionQuest Grievance Form dated 02/01/01 and submitted by Natasha C.

P24. VisionQuest "Career Development Staffing Needs" dated 10/24/00

P25.   VisionQuest Education Records for Natasha C.

P26.   VisionQuest Consolidated Financial Statements Years ended June 30, 2001; June 30, 2002; and June 30, 2003.

                            HOLSINGER, CLARK & ARMSTRONG

                            By: /s/ Samuel H. Clark
                            Samuel H. Clark
                            832 Philadelphia Street
                            Indiana, PA 15701

| | | |
|---|---|---|
| NATASHA C., a minor, individually, and by her father, GERALD C., and GERALD C., individually | : : : : | IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA |
| Plaintiffs, | : : | |
| v. | : : | No. 03-1903 |
| VISIONQUEST, LTD., VISIONQUEST NATIONAL, LTD., VISIONQUEST LODGEMAKERS, INC., VISIONQUEST NONPROFIT CORPORATION, and DARRELL STEACH, an individual and in his official capacity as an employee of VisionQuest. | : : : : : : : : | JURY TRIAL DEMANDED |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of Plaintiffs' Supplemental Pretrial Memorandum was served upon Defendants Counsel identified below via facsimile on this the 4th day of July, 2004.

                      Jonathan D. Herbst, Esquire
                              Margolis Edelstein
                      The Curtis Center, 4th Floor
                      Independence Square West
                      Philadelphia, PA 19106-3304
                           Fax: (215) 922-1772


                           /s/ Samuel H. Clark
                           Samuel H. Clark