| | |
|---|---|
| NATASHA C., a minor, individually, and by her father, GERALD C., and GERALD C., individually : : : : Plaintiffs, : : v. : : : VISIONQUEST, LTD., VISIONQUEST : NATIONAL, LTD., VISIONQUEST: LODGEMAKERS, INC., : VISIONQUEST NONPROFIT : CORPORATION, : : : Defendants. : | IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA<br><br><br>No. 03-1903<br><br><br><br>JURY TRIAL DEMANDED |

## ORDER

AND NOW, this the _____ day of _____, 2004, upon Motion of the Plaintiffs, it is hereby ORDERED, DIRECTED and DECREED, that the above captioned matter is settled, discontinued and dismissed.

BY THE COURT:

_____

{H0047269:1}